AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

INVISIBLE FENCE, INC.

**JUDGMENT IN A CIVIL CASE**

v.

DENNIS HOGAN, an individual, d/b/a
INVINCIBLE INC., a/k/a INVINCIBLE
INC., DOG FENCE OF NORTH AMERICA

CASE NUMBER: CV-11-180-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice.

November 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb